NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KANEKA CORPORATION,**
*Plaintiff-Appellee*

v.

**JBS HAIR INC., UNO & COMPANY, LTD., JINNY BEAUTY SUPPLY CO. INC.,**
*Defendants-Appellants*

---

2014-1172

---

Appeal from the United States District Court for the Northern District of Texas in No. 3:10-cv-01430-P, Judge Jorge A. Solis.

---

**ON MOTION**

---

**O R D E R**

Appellants move unopposed to withdraw Darryl M. Woo as counsel. Appellants also inform the court of the district court's resolution of postjudgment motions and filed an amended notice of appeal.

Upon consideration thereof,

2   KANEKA CORPORATION v. JBS HAIR INC.

IT IS ORDERED THAT:

(1) The appeal is reactivated.

(2) The motion to withdraw counsel is granted.

(3) Appellants' opening brief is due 60 days from the date of filing of this order. Due dates for subsequent briefs and the joint appendix are to be calculated according to Fed. Cir. R. 30 & 31.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25