NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**KANEKA CORPORATION,**
*Plaintiff-Appellee*

v.

**JBS HAIR INC., UNO & COMPANY, LTD., JINNY BEAUTY SUPPLY CO INC,**
*Defendants-Appellants*

2014-1172

Appeal from the United States District Court for the Northern District of Texas in No. 3:10-cv-01430-P, Judge Jorge A. Solis.

**ON MOTION**

Before TARANTO, *Circuit Judge.*

**O R D E R**

Appellants move to stay this appeal pending completion of related reexamination proceedings at the Patent Trial and Appeal Board. Appellee opposes the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

    The motion is denied.  Appellants' opening brief is due within 45 days of the date of filing of this order.

                                       FOR THE COURT

                                       <u>/s/ Daniel E. O'Toole</u>
                                       Daniel E. O'Toole
                                       Clerk of Court

s26